UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-00596-HDV-JDE | Date | November 24, 2026 |
| Title | Irving Aguilar-Calixto v. Jason Schultz | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to File Status Report

On March 18, 2024, Irving Aguilar-Calixto ("Petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254. Dkt. 1 ("Petition" or "Pet."). On July 29, 2024, the previously assigned judge granted Petitioner's Request for a Stay pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003) (as amended), overruled on other grounds by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007), stayed the action, and ordered Petitioner to, among other things, (1) file status reports every 60 days after an initial status report; (2) lodge a copy of any habeas petition filed in the California Supreme Court; and (3) within 30 days of a ruling on such petition by the California Supreme Court, file a notice specifying the claims on which Petitioner wishes to proceed. Dkt. 13 ("Order") at 6. In the ensuing two years, Petitioner has filed periodic status reports, sometimes only after the Court issued orders to show cause re failures to timely file such reports (see, e.g., Dkt. 18-25). The last status report was filed on June 8, 2026, more than 160 days ago. As such, Petitioner appears to be in violation of the Order.

As a result, Petitioner is ORDERED to file, within **21 days from the date of this order**, a Status Report advising the Court of the status of his state habeas proceedings, including any orders by any state court regarding any such petitions.

Petitioner is hereby advised that future failures to comply with the Order and a failure to comply with this order may result in dismissal of the action for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO